JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAYVONTA IRVIN,<br><br>　　　　　　Petitioner,<br><br>　　　v.<br><br>WARDEN,<br><br>　　　　　　Respondent. | Case No. CV 16-2463-KK<br><br>JUDGMENT |

Pursuant to the Order Denying Petition for Writ of Habeas Corpus,

IT IS HEREBY ADJUDGED that the First Amended Petition is DENIED and this action is DISMISSED with prejudice.

Dated: March 20, 2017

HONORABLE KENLY KIYA KATO
United States Magistrate Judge